Malcolm Maxwell RYIDU–X, a/k/a
Richard Edward Janey,
Plaintiff—Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES;
Inmate Grievance Office; Paula R.
Kramer, Associate Warden; Maryland
Division of Correction; Patricia Al-

**596**

len, Commissioner; Maryland Correctional Adjustment Center; Sewall Smith, Warden; Corporal Marks, Defendants—Appellees.

No. 04–6837.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 16, 2004.

Decided Sept. 22, 2004.

Malcolm Maxwell Ryidu–X, Appellant pro se. Stephanie Judith Lane–Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu–X appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ryidu–X v. Department of Public Safety and Correctional Servs.,* No. CA–03–2898–WDQ (D.Md. Apr. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*